UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

ROBERT LEWIS,

                             Plaintiff,

                -against-

THE CITY OF NEW YORK,

                            Defendant.

23-CV-5822 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff proceeds in this matter *pro se*. On July 12, 2023, the Court directed Plaintiff within 30 days to resubmit the signature page of his complaint because he did not sign this document. On October 30, 2023, the Court dismissed this action without prejudice because Plaintiff did not comply with the July 12, 2023 order by submitting a signed signature page.

      On November 27, 2023, Plaintiff informed the Court by letter that he did not receive the Court's July 12, 2023 order. Plaintiff also consented to electronic service. By order dated January 16, 2024, the Court vacated its October 30, 2023 order of dismissal and granted Plaintiff 30 days' leave to resubmit to the court a completed signature page of the complaint.

      Plaintiff has not resubmitted the signature page of the complaint or otherwise communicated with the court. Accordingly, the Court dismisses the complaint without prejudice. *See* Fed. R. Civ. P. 11(a). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   February 3, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge